IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Chassidy Craddock )
2~ E ~1st )
KC MO 64126 )
(Enter above the full name of Plaintiff(s)) )
  )
vs. )
  )
Stratus Building Solutions )
Name )
7301 College Blvd )
Street and number )
OP  KS  66210 )
City  State  Zip Code )

FILED

AUG 3 0 2012

TIMOTHY M. O'BRIEN, Clerk
By_____ Deputy

Case Number: 12-2569-JAR-JPO
(To be assigned by Clerk)

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

### EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    **X**  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    ____  Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ____  American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1



       for employment discrimination on the basis of disability.
       **NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

     \_\_\_\_ Other (Describe)

     _____

2.  If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

    _____
    (Street Address) (City/County) (State) (Zip Code)

3.  When did the discrimination occur? Please give the date or time period: 2010

## ADMINISTRATIVE PROCEDURES

4.  Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
    **X** Yes   Date filed: April 2012
    \_\_\_ No

5.  Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
    **X** Yes   Date filed: April 2012
    \_\_\_ No

6.  Have you received a Notice of Right-to-Sue Letter?
    **X** Yes  \_\_\_ No
    If yes, please attach a copy of the letter to this complaint.

7.  If you are claiming *age discrimination*, check one of the following:
    \_\_\_ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
    \_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_ failure to hire me
   _X_ termination of my employment
   _X_ failure to promote me
   \_\_\_ failure to accommodate my disability
   _X_ terms and conditions of my employment differ from those of similar employees
   \_\_\_ retaliation
   \_\_\_ harassment
   \_\_\_ reduction in wages
   \_\_\_ other conduct (specify):

   Did you complain about this same conduct in your charge of discrimination?
   _X_ Yes  \_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   _X_ my race or color, which is _Blth_
   \_\_\_ my religion, which is \_\_\_\_\_
   _X_ my national origin, which is _African American_
   _X_ my gender, which is \_\_\_ male; _X_ female
   \_\_\_ my disability or perceived disability, which is \_\_\_\_\_
   \_\_\_ my age (my birth date is: \_\_\_\_\_)
   \_\_\_ other: \_\_\_\_\_

   Did you state the same reason(s) in your charge of discrimination?
   _X_ Yes  \_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    I was discriminated against because of my race & color & National origin because I was african american & I had a different type of hair & when I would wear it in a rap or a Afro are office manager would make comments about how it look & say "Is that apart of your Race & Religion.

    At 1st I was the only ISR at the Stratus after we went through 3 white ISR so I set in a cubicle after a Guy who was white started I was moved up to the Front desk I started wearing my rap & the office manager went me moved if I had it on again the white ISRJ was moved up to my seat

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    \_\_\_\_ are still being committed by Defendant.
    \_\_\_\_ are no longer being committed by Defendant.
    _X_ may still be being committed by Defendant.

12. Plaintiff:
    \_\_\_\_ still works for Defendant
    _X_ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    \_\_\_\_ Yes  \_\_\_\_ No
    Explain: N/A

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
\_\_\_\_ Defendant be directed to employ Plaintiff
\_\_\_\_ Defendant be directed to re-employ Plaintiff
\_\_\_\_ Defendant be directed to promote Plaintiff
\_\_\_\_ Defendant be directed to _____
\_\_\_\_ Injunctive relief (please explain): _____
_X_ Monetary damages (please explain): Car lost
_X_ Costs and fees involved in litigating this case
_X_ As additional relief to make Plaintiff whole, Plaintiff seeks:
lost wages from March - current, Plus Commission
and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this _28_ day of _Aug_ 20_12_

Signature of Plaintiff: C. Craddock

Name (Print or Type): Chassidy Craddock

Address: 2905 E 29 st

City State Zip Code: KCMO 64126

4

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the trial in this matter.                                    (circle one location)

_C. Craddock_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
(circle one)

_C. Craddock_
Signature of Plaintiff

Dated: Aug 28, 12
(Rev. 8/07)