IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHASSIDY CRADDOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 12-2569-JAR |
| | ) |
| STRATUS BUILDING SOLUTIONS, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on December 18, 2012 (Doc. 21). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge James P. O'Hara, and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that this case shall be DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(b) in accordance with the December 18, 2012 Report and Recommendation (Doc. 21).

**IT IS SO ORDERED**.

Dated: February 1, 2013

                                                S/ Julie A. Robinson
                                                JULIE A. ROBINSON
                                                UNITED STATES DISTRICT JUDGE